IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARANDA OLIVER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-CV-01309 |
| | § | |
| JACK HENRY & | § | |
| ASSOCIATES, INC., | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S BILL OF COSTS**

# EXHIBIT A

AO 133 (Rev. 07/24) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas ☑

|  |  |  |  |
|---|---|---|---|
| MARANDA OLIVER | ) | | |
| v. | ) | Case No.: | 4:22-cv-01309 |
| JACK HENRY & ASSOCIATES, INC. | ) | | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on  03/26/2025  against  MARANDA OLIVER  ,
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . | 5,302.10 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. § 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 181.05 |
| TOTAL $ | 5,483.15 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

 I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service   ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:  Charles H. Wilson

Name of Attorney:  Charles H. Wilson

For:  JACK HENRY & ASSOCIATES, INC.          Date: 4/2/2025
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

| *Clerk of Court* | *Deputy Clerk* | *Date* |
|---|---|---|

AO 133 (Rev. 07/24) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. § 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Expenses/ Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service. When a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail), (D) (leaving with the clerk), or (F) (other means consented to), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Print    Save As...    Reset

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARANDA OLIVER, | § § | |
| *Plaintiff,* | § § § | |
| v. | § § § | CIVIL ACTION NO. 4:22-cv-01309 |
| JACK HENRY & ASSOCIATES, INC., | § § | |
| *Defendant.* | § | |

**DEFENDANT'S BILL OF COSTS ITEMIZATION**

| Exhibit No. | Description | Amount |
|---|---|---|
| 1 | Deposition of Plaintiff Maranda Oliver (Veritext) | $1,943.90 |
| 2 | Deposition of Tamara Story (Veritext) | $722.00 |
| 3 | Deposition of Kayla Raub (Court Reporters Clearinghouse) | $425.15 |
| 4 | Deposition of Kayla Raub - Corporate Representative (Court Reporters Clearinghouse) | $491.00 |
| 5 | Deposition of Marion Bryant (Veritext) | $308.00 |
| 6 | Deposition of Maria Saunders (Coastal Reporting) 5/23/2023 | $403.50 |
| 7 | Deposition of Maria Saunders (Coastal Reporting) 1/12/2024 | $479.15 |
| 8 | Hearing Transcript (Monica Walker-Bailey) | $294.75 |
| 9 | Hearing Transcript (Lanie Smith) | $169.65 |
| 10 | Memorial Hermann Systems - Medical Records | $33.00 |
| 11 | Memorial Hermann Systems - Medical Records | $32.00 |
| 12 | UPS Services | $27.42 |
| 13 | UPS Services | $46.80 |
| 14 | UPS Services | $56.98 |
| 15 | UPS Services | $49.65 |
| 16 | Pacer.gov research charge | $0.2 |
| | **Total:** | **$5,483.15** |

Dated: April 2, 2025

Respectfully submitted,

**JACKSON LEWIS P.C.**

*/s/ Charles H. Wilson*
Charles H. Wilson
Texas Bar No. 00797678
SDTX Bar No. 34581
Email: Charles.Wilson@jacksonlewis.com
Christopher Agboli
Texas Bar No. 24103561
SDTX Bar No. 3255700
Email: *christopher.agboli@jacksonlewis.com*
717 Texas Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 650-0404
Facsimile: (713) 650-0405

**ATTORNEYS FOR DEFENDANT
JACK HENRY & ASSOCIATES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2025, a true and correct copy of the foregoing was filed with the Clerk of Court via the Court's CM/ECF system and was served on those individuals listed below via electronic mail by operation of the Court's electronic filing system:

Darrell J. O'Neal
LAW OFFICE OF DARRELL J. O'NEAL
2129 Winchester Road
Memphis, Tennessee 38116
domemphislaw@darrelloneal.com

*Attorney for Plaintiff Tony Turner*

/s/ *Charles H. Wilson*
Charles H. Wilson

# Veritext Corporate Services LLC

Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913



Bill To: Charles H. Wilson
Jackson Lewis PC
717 Texas Avenue
Suite 1700
Houston, TX, 77002

| | |
|---|---|
| Invoice #: | 6656995 |
| Invoice Date: | 6/22/2023 |
| Balance Due: | $1,943.90 |

**Case: Oliver, Maranda v. Jack Henry & Associates, Inc.  (4:22cv01309)** — **Proceeding Type: Depositions**

Job #: 5918850   |   Job Date: 5/22/2023   |   Delivery: Normal

Location:          Dallas, TX

Billing Atty:      Charles H. Wilson

Scheduling Atty:   Charles H. Wilson | Jackson Lewis PC

Third Party: Travelers Bond & Financial Products (CS)

Adjuster: Sean Byrne - sbyrne@travelers.com

Claim #: T2112879

Matter #: 545880

| Witness: Maranda  Oliver | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 246.00 | $4.45 | $1,094.70 |
| Transcript - Supplemental Surcharges* | 246.00 | $0.00 | $0.00 |
| Rough Draft | 246.00 | $1.70 | $418.20 |
| Attendance - Full Day | 1.00 | $62.00 | $62.00 |
| Attendance - Non-Standard Bus Hrs Surcharge | 1.00 | $25.00 | $25.00 |
| Exhibits | 100.00 | $0.45 | $45.00 |
| Witness Read and Sign Services | 1.00 | $50.00 | $50.00 |
| Litigation Package - Secure File Suite | 1.00 | $49.00 | $49.00 |
| Logistics & Processing | 1.00 | $0.00 | $0.00 |
| Veritext Virtual Primary Participants | 1.00 | $200.00 | $200.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $0.00 | $0.00 |

Notes:

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Invoice #: 6656995
Invoice Date: 6/22/2023
Balance Due: $1,943.90

Pay by Credit Card: www.veritext.com

## Veritext Corporate Services LLC

Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913



| | |
|---|---|
| **Invoice Total:** | $1,943.90 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,943.90 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #: 6656995**
**Invoice Date: 6/22/2023**
**Balance Due: $1,943.90**

COASTAL REPORTING SERVICE

Invoice

P. O. Box 478
Lexington, Texas 78947
Phone 713 224-1659
coastalrpt@sbcglobal.net

| DATE | INVOICE # |
|------|-----------|
| 6/20/2023 | 23-2091B |

| BILL TO |
|---------|
| Jackson Lewis<br>Charles Wilson<br>1717 Texas Ave., Suite 1700<br>Houston, Texas 77002<br>832-900-5519 |

| RE: |
|-----|
| U.S. DISTRICT COURT-HOUSTON<br>4:22-CV-01309<br>MARANDA OLIVER<br>VS.<br>JACK HENRY & ASSOCIATES, INC. |

| TERMS | DUE DATE |
|-------|----------|
| Net 30 | 7/20/2023 |

| DESCRIPTION | SERVICED | AMOUNT |
|-------------|----------|--------|
| ONE CERTIFIED COPY OF THE DEPOSITION OF:<br>TAMARA STORY | 5/24/2023 | 722.00 |

PLEASE INCLUDE INVOICE NUMBER WITH PAYMENT
WE APPRECIATE YOUR BUSINESS

| Total | $722.00 |
|-------|---------|

Tax I.D.# 76-0539438



**Court Reporters Clearinghouse**
713-626-2629

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 199730 | 10/25/2024 | 184259 |

| Job Date | Case No. |
|---|---|
| 9/26/2024 | 4:22-CV-01309 |

| Case Name |
|---|
| Oliver vs. Henry, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Charles H. Wilson
Jackson Lewis, LLP
717 Texas Avenue, Suite 1700
Houston, TX 77002

DEPOSITION COPY OF:
   Kayla Raub

425.15

TOTAL DUE  >>>     **$425.15**
AFTER 11/24/2024  PAY   $497.43

Invoice prepared for:
LYDIA P. BATTLE, CSR, RPR

Payment is NOT contingent upon client reimbursement.

Please visit our website at https://payments.crcnational.com for fast, safe and secure online invoice payment.

| | |
|---|---|
| **( - ) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$425.15** |

**Tax ID:** 76-0537648

*Please detach bottom portion and return with payment.*

Charles H. Wilson
Jackson Lewis, LLP
717 Texas Avenue, Suite 1700
Houston, TX 77002

| | |
|---|---|
| Invoice No. | : 199730 |
| Invoice Date | : 10/25/2024 |
| **Total Due** | : **$425.15** |

Remit To: **Court Reporters Clearinghouse, Inc.**
**1225 North Loop West, Suite 327**
**Houston, TX 77008**

| | |
|---|---|
| Job No. | : 184259 |
| BU ID | : HOUSTON |
| Case No. | : 4:22-CV-01309 |
| Case Name | : Oliver vs. Henry, et al. |

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 199280 | 10/9/2024 | 184548 |

| Job Date | Case No. |
|---|---|
| 9/26/2024 | 4:22-CV-01309 |

| Case Name |
|---|
| Oliver vs. Henry, et al. |

| Payment Terms |
|---|
| Due upon receipt |

**cRc**
Court Reporters Clearinghouse
713-626-2629

Charles H. Wilson
Jackson Lewis, LLP
717 Texas Avenue, Suite 1700
Houston, TX 77002

DEPOSITION COPY OF:

Kayla Raub - Corporate Representative                                          491.00

TOTAL DUE  >>>                    **$491.00**
AFTER 11/8/2024  PAY                $574.47

Invoice prepared for:
LYDIA P. BATTLE, CSR, RPR

Payment is NOT contingent upon client reimbursement.

Please visit our website at https://payments.crcnational.com for fast, safe and secure online invoice payment.

**Tax ID:** 76-0537648

*Please detach bottom portion and return with payment.*

Charles H. Wilson
Jackson Lewis, LLP
717 Texas Avenue, Suite 1700
Houston, TX 77002

Invoice No.    : 199280
Invoice Date   : 10/9/2024
**Total Due**     : **$491.00**
AFTER 11/8/2024  PAY  $574.47

Remit To:  **Court Reporters Clearinghouse, Inc.**
**1225 North Loop West, Suite 327**
**Houston, TX 77008**

Job No.      : 184548
BU ID        : HOUSTON
Case No.     : 4:22-CV-01309
Case Name    : Oliver vs. Henry, et al.

**COASTAL REPORTING SERVICE**

Invoice

P. O. Box 478
Lexington, Texas 78947
Phone 713 224-1659
coastalrpt@sbcglobal.net

| DATE | INVOICE # |
|------|-----------|
| 6/20/2023 | 23-2097B |

| BILL TO | RE: |
|---------|-----|
| Jackson Lewis<br>Charles Wilson<br>1717 Texas Ave., Suite 1700<br>Houston, Texas 77002<br>832-900-5519 | U.S. DISTRICT COURT-HOUSTON<br>4:22-CV-01309<br>MARANDA OLIVER<br>VS.<br>JACK HENRY & ASSOCIATES, INC. |

| TERMS | DUE DATE |
|-------|----------|
| Net 30 | 7/20/2023 |

| DESCRIPTION | SERVICED | AMOUNT |
|-------------|----------|--------|
| ONE CERTIFIED COPY OF THE DEPOSITION OF:<br>MARION BRYANT | 5/31/2023 | 308.00 |

PLEASE INCLUDE INVOICE NUMBER WITH PAYMENT
WE APPRECIATE YOUR BUSINESS

| Total | $308.00 |
|-------|---------|

Tax I.D.# 76-0539438

COASTAL REPORTING SERVICE

Invoice

P. O. Box 478
Lexington, Texas 78947
Phone 713 224-1659
coastalrpt@sbcglobal.net

| DATE | INVOICE # |
|------|-----------|
| 6/8/2023 | 23-2090B |

| BILL TO | RE: |
|---------|-----|
| Jackson Lewis<br>Charles Wilson<br>1717 Texas Ave., Suite 1700<br>Houston, Texas 77002<br>832-900-5519 | U.S. DISTRICT COURT-HOUSTON<br>4:22-CV-01309<br>MARANDA OLIVER<br>VS.<br>JACK HENRY & ASSOCIATES, INC. |

| TERMS | DUE DATE |
|-------|----------|
| Net 30 | 7/8/2023 |

| DESCRIPTION | SERVICED | AMOUNT |
|-------------|----------|--------|
| ONE CERTIFIED COPY OF THE DEPOSITION OF:<br><br>MARIA SAUNDERS | 5/23/2023 | 403.50 |

PLEASE INCLUDE INVOICE NUMBER WITH PAYMENT
WE APPRECIATE YOUR BUSINESS

| Total | $403.50 |
|-------|---------|

Tax I.D.# 76-0539438

COASTAL REPORTING SERVICE                                    Invoice

P. O. Box 478
Lexington, Texas 78947
Phone 713 224-1659
coastalrpt@sbcglobal.net

| DATE | INVOICE # |
|------|-----------|
| 1/26/2024 | 24-2277B |

| BILL TO | RE: |
|---------|-----|
| Jackson Lewis<br>Charles Wilson<br>1717 Texas Ave., Suite 1700<br>Houston, Texas 77002<br>832-900-5519 | U.S. DISTRICT COURT-HOUSTON<br>4:22-CV-01309<br>MARANDA OLIVER<br>VS.<br>JACK HENRY & ASSOCIATES, INC. |

| TERMS | DUE DATE |
|-------|----------|
| Net 30 | 2/25/2024 |

| DESCRIPTION | SERVICED | AMOUNT |
|-------------|----------|--------|
| ONE CERTIFIED COPY OF THE DEPOSITION OF:<br>MARIA SAUNDERS | 1/12/2024 | 479.15 |

PLEASE INCLUDE INVOICE NUMBER WITH PAYMENT
WE APPRECIATE YOUR BUSINESS

| Total | $479.15 |
|-------|---------|

Tax I.D.# 76-0539438

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## For the Southern District of Texas

### INVOICE 20240047

Charles H. Wilson
Jackson Lewis P.C.
717 Texas Avenue
Suite 1700
Houston, TX 77002
(832) 900-5519

**MAKE CHECKS PAYABLE TO:**
MONICA WALKER-BAILEY, MS, RPR, CSR
Official Court Reporter
1111 Rusk St.
Apartment 1012
Houston, TX 77002
(770) 733-4282   Fax: (866) 796-8393
Monica_Walkerbailey@txs.uscourts.gov
Tax ID: 27-4670004

| __ CRIMINAL    X CIVIL | DATE ORDERED: 08-29-2024 | DATE DELIVERED: |
|---|---|---|

**In the matter of:** 4:22-cv-01309, Maranda Oliver v Jack Henry & Associates

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | 45 | 6.55 | 294.75 | | | | | | | 294.75 |
| Next-Day | | | | | | | | | | |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | Misc. Charges | | | | |
| | | | | | | Subtotal | | | | 294.75 |
| | | | | | | Less Discount for Late Delivery | | | | |
| | | | | | | Tax (If Applicable) | | | | |
| | | | | | | Less Amount of Deposit | | | | |
| | | | | | | Total Refund | | | | |
| | | | | | | Total Due | | | | 294.75 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Monica Walker-Bailey | DATE: 08-29-2024 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

| Form **W-9**<br>(Rev. October 2018)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer**<br>**Identification Number and Certification**<br><br>▶ Go to *www.irs.gov/FormW9* for instructions and the latest information. | **Give Form to the**<br>**requester. Do not**<br>**send to the IRS.** |

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Monica Walker-Bailey

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only one of the following seven boxes.

- ☑ Individual/sole proprietor or single-member LLC
- ☐ C Corporation
- ☐ S Corporation
- ☐ Partnership
- ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

1111 Rusk St., Apartment 1012

**6** City, state, and ZIP code

Houston, Texas  77002

Requester's name and address (optional)

**7** List account number(s) here (optional)

*Print or type.* *See Specific Instructions on page 3.*

| **Part I** | **Taxpayer Identification Number (TIN)** |

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN,* later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

**Social security number**

☐☐☐ – ☐☐ – ☐☐☐☐

**or**

**Employer identification number**

2 7 – 4 6 7 0 0 0 4

| **Part II** | **Certification** |

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. citizen or other U.S. person (defined below); and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

| **Sign**<br>**Here** | **Signature of**<br>**U.S. person** ▶ *Monica Walker-Bailey* | Date ▶ January 1, 2024 |

# General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9.*

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

- Form 1099-INT (interest earned or paid)

- Form 1099-DIV (dividends, including those from stocks or mutual funds)

- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

- Form 1099-S (proceeds from real estate transactions)

- Form 1099-K (merchant card and third party network transactions)

- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

- Form 1099-C (canceled debt)

- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding, later.*

Case 4:22-cv-01309   Document 49   Filed on 04/02/25 in TXSD   Page 15 of 25

## United States District Court
## Southern District of Texas

Date: 01/03/2024

Invoice Number: 20240001

**To:**

**Jackson Lewis PC**
Houston, Texas

**Make Checks Payable To:**

**Lanie Smith**
**Official US Court Reporter**
58 Pine Song Place
The Woodlands, Texas, 77381
**Phone:** (281) 744-9419
**Email:** laniesmith@me.com

## Case Details:

**Case Number:** 4:22-cv-01309
**Case Title:** Maranda Oliver vs. Jack Henry & Associates, Inc.
**Case Description:** Motion proceedings
**Criminal or Civil:** Civil

**Proceeding Date:** Oct 12, 2023
**Courthouse:** Houston
**Judge Hearing Case:** Bennett

## Transcripts:

**Date Ordered:** Oct 12, 2023
**Date Delivered:** Oct 13, 2023

## Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Expedited Original | 29 | $5.85 | $169.65 |

**Total:** $169.65

**Amount Due:** $169.65

*/s/ Lanie Smith*

**Tucker, JoAnn (Houston)**

| | |
|---|---|
| **From:** | Wilson, Charles H. (Houston) |
| **Sent:** | Wednesday, May 1, 2024 10:16 AM |
| **To:** | Tucker, JoAnn (Houston) |
| **Subject:** | FW: 4:22-cv-01309 Oliver v. Jack Henry & Associates, Inc. |
| **Attachments:** | ATT00001.htm; Invoice24-01.pdf; ATT00002.htm; image247341.png; ATT00003.htm |

Please process for payment.



## Charles H. Wilson
Attorney at Law

**Jackson Lewis P.C.**
717 Texas Avenue
Suite 1700
Houston, TX 77002
Direct: (832) 900-5519 | Main: (713) 650-0404
Charles.Wilson@jacksonlewis.com | www.jacksonlewis.com

**From:** Lanie Smith <laniesmith@icloud.com>
**Sent:** Wednesday, May 1, 2024 10:08 AM
**To:** Wilson, Charles H. (Houston) <Charles.Wilson@jacksonlewis.com>
**Subject:** Fwd: 4:22-cv-01309 Oliver v. Jack Henry & Associates, Inc.


Mr. Wilson,

I've received your transcript order in the above-referenced case.

The cost of the transcript is $169.65.  Payment options are check and Zelle – laniesmith@me.com
<mailto:laniesmith@me.com>

To mail a check, the address is:
Lanie Smith
58 Pine Song Place
The Woodlands, Texas 77381

If you prefer to hand-deliver a check, the address is:
Lanie Smith
United States District Court
Southern District of Texas
515 Rusk
Room 8004
Houston, Texas 77002


Lanie M. Smith

1

Official Court Reporter
United States District Court
Southern District of Texas
515 Rusk
Room 8004
Houston, Texas 77002


> Begin forwarded message:
>
> From: "Wilson, Charles H. (Houston)" <Charles.Wilson@jacksonlewis.com>
> Subject: Re: 4:22-cv-01309 Oliver v. Jack Henry & Associates, Inc.
> Date: October 13, 2023 at 11:41:46 AM CDT
> To: Lanie Smith <laniesmith@icloud.com>
>
> Thank you!
>
> Charles
> H.
> Wilson
>
> Attorney at Law
>
> Jackson Lewis P.C.
> 717 Texas Avenue
> Suite 1700
> Houston, TX 77002
> Direct: (832) 900-5519 | Main: (713) 650-0404
> Charles.Wilson@jacksonlewis.com <mailto:%20Charles.Wilson@jacksonlewis.com> |
https://url.us.m.mimecastprotect.com/s/osJlCn5NY5fwO4pLH950qU?domain=jacksonlewis.com
<https://url.us.m.mimecastprotect.com/s/yHghCo26v2U9qApGCzZz8-?domain=jacksonlewis.com>
> From: Lanie Smith <laniesmith@icloud.com>
> Sent: Friday, October 13, 2023 11:36:20 AM
> To: Wilson, Charles H. (Houston) <Charles.Wilson@jacksonlewis.com>
> Subject: 4:22-cv-01309 Oliver v. Jack Henry & Associates, Inc.
>
> Your transcript is attached.  I will forward an invoice later.
>
> Have a nice weekend.
>
>
> Lanie M. Smith
> Official Court Reporter
> United States District Court
> Southern District of Texas
> 515 Rusk St., Room 8004
> Houston, Texas 77002
>
>
>

| | |
|---|---|
| **From:** | Auto-Receipt <noreply@mail.authorize.net> |
| **Sent:** | Wednesday, August 9, 2023 9:18 AM |
| **To:** | Costin, Theresa S. (Dallas) |
| **Subject:** | Transaction Receipt from Memorial Hermann Health System for $33.00 (USD) |

⊘ External email ›

⊘ Contains topics of a financial nature ›

### Order Information

| | |
|---|---|
| Description: | MHR Release No |
| Invoice Number | 1112072 |
| Customer ID | 00110243918001000 |

**Billing Information**            **Shipping Information**
Theresa Costin
75002
theresa.costin@jacksonlewis.com
9727283282

| Item | Name | Description | Qty | Taxable | Unit Price | Item Total |
|---|---|---|---|---|---|---|
| 1112072 | MHR Release No | 1112072 | 1 | N | $33.00 (USD) | $33.00 (USD) |

**Total: $33.00 (USD)**

### Payment Information

| | |
|---|---|
| Date/Time: | 9-Aug-2023 8:18:20 MDT |
| Transaction ID: | 44234129308 |
| Payment Method: | Visa xxxx5455 |
| Transaction Type: | Purchase |
| Auth Code: | 04860D |

### Merchant Contact Information
Memorial Hermann Health System
Houson, TX 77024
US
Mh.accounting@memorialhermann.org

| | |
|---|---|
| **From:** | Auto-Receipt <noreply@mail.authorize.net> |
| **Sent:** | Wednesday, August 9, 2023 9:11 AM |
| **To:** | Costin, Theresa S. (Dallas) |
| **Subject:** | Transaction Receipt from Memorial Hermann Health System for $32.00 (USD) |

◎ External email ⟩

◎ First time sender ⟩

◎ Contains topics of a financial nature ⟩

**Order Information**

Description:     MHR Release No
Invoice Number   1112064
Customer ID     00110243918001000

**Billing Information**                    **Shipping Information**
Theresa Costin
75002
theresa.costin@jacksonlewis.com
9727283282

| Item | Name | Description | Qty | Taxable | Unit Price | Item Total |
|---|---|---|---|---|---|---|
| 1112064 | MHR Release No | 1112064 | 1 | N | $32.00 (USD) | $32.00 (USD) |

**Total:  $32.00 (USD)**

**Payment Information**

Date/Time:          9-Aug-2023 8:11:24 MDT
Transaction ID:     44234117931
Payment Method:     Visa xxxx5455
Transaction Type:   Purchase
Auth Code:          21067D

**Merchant Contact Information**
Memorial Hermann Health System
Houson, TX 77024
US
Mh.accounting@memorialhermann.org

 

**Receipt**

| | |
|---|---:|
| Vendor: | **UPS** |
| Invoice: | **0000005RE860113** |
| Invoice Date: | **Sat, Mar 18 2023** |
| Items: | **1** |
| Total: | **$ 27.42** |

Transaction ID: **1Z5RE8600122748740**                Invoice Number: **0000005RE860113**

Client: **Jack Henry & Associates (159042)**
Matter: **Oliver, Maranda (TRAVL) (545880)**
Service: **UPS Next Day Air®**
Timekeeper: **Tracey R. Wallace (17245)**
Reference: **159042.545880.17245**

Pickup: **Wed, Mar 15 2023**
Delivered: **Thu, Mar 16 2023 10:19 AM**
Weight: **Unavailable**

| Sender | Recipient |
|---|---|
| **Tracey R. Wallace** | **Memorial Hermann Med** |
| **Jackson Lewis P.C.** | **Group Physicians at Sugar Creek** |
| **500 N. Akard Street, Suite 2500** | **7737 Southwest Freeway** |
| **Dallas, TX 75201 US** | **Houston, TX 770741827 US** |

Charges:  **$ 27.42**





**Receipt**

| | |
|---|---|
| Vendor: | **UPS** |
| Invoice: | **0000005RE823194** |
| Invoice Date: | **Sat, May 11 2024** |
| Items: | **1** |
| Total: | **$ 46.80** |

Transaction ID: **1Z5RE8230112112498**　　　　　Invoice Number: **0000005RE823194**

Client: **Jack Henry & Associates (159042)**
Matter: **Oliver, Maranda (TRAVL) (545880)**
Service: **UPS Next Day Air®**
Timekeeper: **Luke Patrylow (100459)**
Reference: **159042.545880.100459**

Pickup: **Fri, May 03 2024**
Delivered: **Mon, May 06 2024 11:40 AM**
Weight: **Unavailable**

Sender
**Luke Patrylow**
**Jackson Lewis P.C.**
**1133 Westchester Ave. Suite S125**
**West Harrison, NY 10604 US**

Recipient

**LANE SMITH**
**58 PINE SONG PLACE**
**Spring, TX 773816311 US**

Charges: **$ 46.80**

 

**Receipt**

| | |
|---|---|
| Vendor: | **UPS** |
| Invoice: | **0000005RE844394** |
| Invoice Date: | **Sat, Sep 28 2024** |
| Items: | **3** |
| Total: | **$ 56.98** |

Transaction ID: **1Z5RE8440118789477**    Invoice Number: **0000005RE844394**

Client: **Jack Henry & Associates (159042)**
Matter: **Oliver, Maranda (TRAVL) (545880)**
Service: **UPS Next Day Air®**
Timekeeper: **JoAnn Tucker (20115)**
Reference: **159042.545880.20115**

| | Sender | Recipient |
|---|---|---|
| Pickup: **Tue, Sep 24 2024** | **JoAnn Tucker** | |
| Delivered: **Wed, Sep 25 2024 09:57 AM** | **Jackson Lewis P.C.** | **Kayla Raub** |
| Weight: **5.00 Lbs** | **717 Texas Avenue, Suite 1700** | **3725 E Battlefield Road** |
| | **Houston, TX 77002 US** | **Springfield, MO 658093415 US** |

Charges: **$ 56.18**

Transaction ID: **1Z5RE8440118789477**    Invoice Number: **0000005RE844394**

Client: **Jack Henry & Associates (159042)**
Matter: **Oliver, Maranda (TRAVL) (545880)**
Service: **UPS Next Day Air®**
Timekeeper: **JoAnn Tucker (20115)**
Reference:

| | Sender | Recipient |
|---|---|---|
| Pickup: **Tue, Sep 24 2024** | **JoAnn Tucker** | |
| Delivered: **Wed, Sep 25 2024 09:57 AM** | **Jackson Lewis P.C.** | **Kayla Raub** |
| Weight: **Unavailable** | **717 Texas Avenue, Suite 1700** | **3725 E Battlefield Road** |
| | **Houston, TX 77002 US** | **Springfield, MO 658093415 US** |

Charges: **$ 0.00**

Transaction ID: **1Z5RE8440118789477**    Invoice Number: **0000005RE844394**

Client: **Jack Henry & Associates (159042)**
Matter: **Oliver, Maranda (TRAVL) (545880)**
Service: **UPS Next Day Air®**
Timekeeper: **JoAnn Tucker (20115)**
Reference: **159042.545880.20115**

| | Sender | Recipient |
|---|---|---|
| Pickup: **Tue, Sep 24 2024** | | |
| Delivered: **Wed, Sep 25 2024 09:57 AM** | **JACKSON LEWIS, P.C.** | **Kayla Raub** |
| Weight: **13.70 Lbs** | **LOUISIANA** | **3725 E Battlefield Road** |
| | **HOUSTON, TX 77002 US** | **Springfield, MO 65809 US** |

Charges: **$ 0.80**

 

**Receipt**

| | |
|---|---|
| Vendor: | **UPS** |
| Invoice: | **0000005RE823364** |
| Invoice Date: | **Sat, Sep 07 2024** |
| Items: | **1** |
| Total: | **$ 49.65** |

Transaction ID: **1Z5RE8230112614419**                Invoice Number: **0000005RE823364**

Client: **Jack Henry & Associates (159042)**
Matter: **Oliver, Maranda (TRAVL) (545880)**
Service: **UPS Next Day Air®**
Timekeeper: **Leslie Burnett (10265)**
Reference: **159042.545880.10265**

<u>Sender</u>                               <u>Recipient</u>

Pickup: **Wed, Sep 04 2024**          **Leslie Burnett**
Delivered: **Fri, Sep 06 2024 12:17 PM**   **Jackson Lewis P.C.**          **MONICA WALKER-BAILEY, MS, RPR, CSR**
Weight: **Unavailable**                **1133 Westchester Ave. Suite S125**   **1111 RUSK AVENUE**
                                       **West Harrison, NY 10604 US**    **HOUSTON, TX 770023446 US**

Charges:  **$ 49.65**

# BILLING HISTORY

Close

**Detailed Transaction Report by Date**
**All**
**from 07/01/2023 to 07/05/2023**

Wed Jul 05 12:13:47 CDT 2023
**chwilson1906**

Back    New Search

### Billing Transactions

| Date | Time | Pages | Court | Client Code | Description | Search | Cost |
|------|------|-------|-------|-------------|-------------|--------|------|
| **07/05/2023** | | | | | | | |
| 07/05/2023 | 11:54:08 | 2 | TXWDC | | Docket Report | 5:22-cv-01366-FB | $0.20 |
| Subtotal: | | | | 2 pages | | | $0.20 |
| | | | | 0 audio files ($2.40 each) | | | $0.00 |
| | | | | | | | $0.20 |
| Grand Total: | | | | 2 pages | | | $0.20 |
| | | | | 0 audio files ($2.40 each) | | | $0.00 |
| | | | | | | | $0.20 |

Back    New Search

PACER FAQ

Privacy & Security

Contact Us

This site is maintained by the Administrative Office of the
U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov