# United States Court of Appeals
# for the Fifth Circuit

United States Courts
Southern District of Texas
FILED

*March 04, 2026*

Nathan Ochsner, Clerk of Court

No. 25-20153

United States Court of Appeals
Fifth Circuit

**FILED**

February 11, 2026

Lyle W. Cayce
Clerk

MARANDA OLIVER,

*Plaintiff—Appellant,*

*versus*

JACK HENRY & ASSOCIATES, INCORPORATED,

*Defendant—Appellee.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:22-CV-1309

---

## JUDGMENT

Before JONES, DUNCAN, and DOUGLAS, *Circuit Judges.*

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellant pay to Appellee the costs on appeal to be taxed by the Clerk of this Court.

No. 25-20153

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See FED. R. APP. P. 41(B). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.



Certified as a true copy and issued as the mandate on Mar 04, 2026

Attest: *Jyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

2

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 04, 2026

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

     No. 25-20153   Oliver v. Jack Henry & Assoc
               USDC No. 4:22-CV-1309

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

          Sincerely,

          LYLE W. CAYCE, Clerk

*Christy Combel*

          By: _____
          Christy M. Combel, Deputy Clerk
          504-310-7651

cc:
     Mr. Christopher Agboli
     Ms. Katrina Patrick
     Mr. Charles Howard Wilson